# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Karen Matthews** DOB:1991; United States | DOCKET NO.<br>**21-03153MJ**<br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about July 17, 2021, in the District of Arizona, **Karen Matthews**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Armando Cardena-De Horta and Gabriel Mejia-Barreto, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**
**COUNT 2 (Felony)** On or about July 17, 2021, in the District of Arizona, **Karen Matthews**, knowing and in reckless disregard of the fact that certain illegal aliens, including Armando Cardena-De Horta and Gabriel Mejia-Barreto, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 17, 2021, in the District of Arizona, United States Border Patrol Agents (BPA) was observing traffic on the well-known smuggling routes of State Route (SR) 82 and SR 83 when BPA observed a 2007 Nissan Xterra, which was riding very heavy in the back. BPA pulled his vehicle behind the Nissan when the Nissan braked aggressively, reducing its speed to 35mph in a posted 65 mph zone. The Nissan turned into a dirt lot north of SR82. The Nissan then made a U turn heading back in the direction of the BPA. BPA could see what appeared to be subjects laying down in the back seat trying to conceal themselves. BPA turned on their emergency lights to conduct a vehicle stop. The Nissan stopped and the driver exited the vehicle and attempted to prevent BPA from approaching the Nissan. BPA discovered six passengers in the Nissan, all of whom were in the U.S. illegally, including Armando Cardena-De Horta and Gabriel Mejia-Barreto. BPA informed the driver of the Nissan that she was under arrest for alien smuggling and read her Miranda Rights. The driver was identified as **Karen Matthews**.

Records checks revealed that Armando Cardena-De Horta and Gabriel Mejia-Barreto did not have the proper immigration documentation to enter or remain in the U.S. legally. Armando Cadena-De Horta was previously removed from the U.S. on June 8, 20113. Gabriel Mejia-Barreto was previously removed from the U.S. on May 24, 2014 and March 24, 2017.

In a post-*Miranda* statement, **Matthews** stated she was unsure of how much money she would be paid for this trip but knew she would be paid to transport the subjects. **Matthews** further stated that she previously transported aliens to Phoenix, Arizona, one day prior and was paid $3200 dollars. **Matthews** stated she expected to be paid the same amount this time. **Matthews** stated that, on July 17, 2021, she received a message from the smuggling coordinator stating the location of the Nissan Xterra, which she was to use in the instant smuggling job. The smuggling coordinator also provided her with a location in Nogales, Arizona, where she picked-up the aliens for transport. **Matthews** stated she planned to use the same smuggling route she used July 16, 2021, to transport the aliens to Phoenix, Arizona.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/am *[signature]* | SIGNATURE OF COMPLAINANT *[signature]* |
|---|---|
| Sworn by telephone  x | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>July 19, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54